UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
--------------------------------------------------------------------X

WILLIAM TOLEDO (AND WIFE, PATRICIA TOLEDO)

                              Plaintiffs,

-against-

BATTERY PARK CITY AUTHORITY, ET AL.,

                              Defendant.

See Rider Attached.
--------------------------------------------------------------------X

Case No.:
21 MC 102 (AKH)

Docket No.: 07CV1539

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:     New York, New York
           September **12**, 2007

                                    Yours etc.,

                                    CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                    Attorneys for Defendants - BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM

                                    By: _____
                                       Vincent A. Nagler ( 6400 )
                                    One Whitehall Street
                                    New York, New York 10004
                                    (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

**RIDER**

WILLIAM TOLEDO AND PATRICIA TOLEDO,

                                    Plaintiffs,

- against -

BATTERY PARK CITY AUTHORITY, BOARD
OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, HUDSON VIEW EAST
CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, R Y MANAGEMENT CO., INC.,
AND RY MANAGEMENT, ET AL

                                    Defendants.
_____X

ZZ-3