UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER               21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
WILLIAM TOLEDO and wife PATRICIA TOLEDO

                                Plaintiffs,         Index No.: 07 cv 1539

      -against-

                                                            **NOTICE OF**
RELATED BPC ASSOCIATES, INC.,             **APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,             **ELECTRONICALLY**
THE RELATED REALTY GROUP, INC. and    **FILED**
LIBERTY VIEW ASSOCIATES, L.P.,

                                Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:     New York, New York
             January 23, 2008


                                                   LONDON FISCHER LLP

                                 By:  _____
                                         Gillian Hines Kost (GK-2880)
                                         59 Maiden Lane
                                         New York, New York 10038
                                         Phone: (212) 972-1000
                                         Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance